IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY C. VERNON, D.D.S., Plaintiff, v. STANDARD INSURANCE COMPANY; JAMES J. CAPPER, Defendants. | 2:10-cv-00815-GEB-DAD<br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) ORDER; FED. R. CIV. P. 4(m) NOTICE |

Plaintiff states in correspondence filed on November 1, 2010 that he “has not served defendant due to ongoing settlement negotiations, and therefore has not conferred regarding the joint status report.” (ECF No. 7.) Plaintiff further states that he and defendant “have settled almost all issues in this matter[,]” and that he is attempting to “achieve final settlement in the near future without serving this lawsuit.” Id.

Therefore, the Status (Pretrial Scheduling) Conference set for November 15, 2010, is continued to December 13, 2010, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to Status Conference. If the action does not settle, Plaintiff must shall explain in the status report how this action will be prosecuted.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that **any defendant not served with process**

**within the 120 day period prescribed in that Rule may be dismissed as a defendant in this action** unless Plaintiff “shows good cause for the failure” to serve within this prescribed period in a filing due no later than 4:00 p.m. on November 29, 2010.

IT IS SO ORDERED.

Dated: November 9, 2010

GARLAND E. BURRELL, JR.
United States District Judge